FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Oct 9, 2020
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAWAYNE NATT                                                                                         PLAINTIFF

V.                               No. __20-6118__

MIKE McCORMICK, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS SHERIFF
OF GARLAND COUNTY, ARKANSAS;
RON HALVERSON, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY; SHARON
BRANSTETTER, INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS JAIL ADMINISTRATOR;
TURN KEY HEALTH CLINICS, LLC;
AND JOHN DOES 1-4                                                                                    DEFENDANTS

## MOTION TO DISMISS

Comes separate defendant, Turn Key Health Clinics, LLC (hereafter "Turn Key"), by and through counsel, for its motion to dismiss the amended complaint of plaintiff, and states as follows:

1.     Mr. Natt filed this action in Garland County against several county defendants on July 3, 2018. *See generally* Complaint.

2.     The lawsuit stems from Mr. Natt's incarceration at the Garland County Jail following his arrest on June 27, 2017, and in particular, an altercation between him and another inmate on July 3, 2017.

3.     Well over two years after filing the lawsuit and three years and 84 days after the events of July 3, 2017, Mr. Natt filed an amended complaint naming Turn Key a defendant for the first time. The amended complaint was filed on September 25, 2020.

EXHIBIT B

4. In the amended complaint, Mr. Natt seems to pursue three theories of liability: (1) 42 U.S.C. § 1983, (2) the Arkansas Civil Rights Act of 1993 ("ACRA"), and (3) medical malpractice. *See* Amended Complaint at ¶¶ 20-33. Factually, Mr. Natt alleges that he made a "sick call" for his "seizure medicine" and did not receive it. *See* Amended Complaint at ¶¶ 14-15.

5. A civil rights claim under both 42 U.S.C. § 1983 and ACRA have a three-year statute of limitations. *See* Ark. Code Ann. § 16-56-105; *Mt. Home Flight Serv. v. Baxter Cty.*, 758 F.3d 1038, 1044 (8th Cir. 2014) ("In § 1983 cases arising in Arkansas, the applicable statute of limitations is three years."); *Hutcherson v. Rutledge*, 2017 Ark. 359, at 4, 533 S.W.3d 77, 80 (holding that the three-year statute of limitations of Ark. Code Ann. § 16-56-105 applies to a civil rights action under ACRA). A medical malpractice action has a two-year statute of limitations. Ark. Code Ann. § 16-114-203.

6. Turn Key was named a defendant three years and 84 days after the last alleged wrongful conduct, *i.e.* July 3, 2017. In other words, it was named as a defendant too late under any of the theories of liability. Therefore, claims against Turn Key are time-barred, and it should be dismissed with prejudice.

7. While the Court need not go beyond the obvious statute of limitations bar, Mr. Natt's amended complaint also fails to plead a cognizable constitutional claim against Turn Key under either § 1983 or ACRA because Turn Key cannot be held liable for its employee's conduct under a theory of *respondeat superior* under either a § 1983 action or ACRA, and the amended complaint is silent as to any specific Turn Key policy rising to the level of constitutional violation. Therefore, dismissal of the civil rights claim would be appropriate regardless.

8. Turn Key now moves for dismissal pursuant to the applicable statute of limitations and Rule 12(b)(6) of the Federal Rules of Civil Procedure as the amended complaint against Turn Key is time-barred and fails to state a claim upon which relief can be granted for the causes of action addressed herein.

9. Turn Key files herewith a brief in support of this motion to dismiss in accordance with Local Rule 7.2.

10. For the reasons, authorities, and arguments contained herein and in its supporting brief, Turn Key respectfully asks that its motion be granted and it be dismissed with prejudice.

WHEREFORE separate defendant, Turn Key Health Clinics, LLC, prays that plaintiff's amended complaint against it be dismissed with prejudice, for its costs herein incurred, and for all other relief to which it may be entitled.

Respectfully submitted,

MARK D. WANKUM (Bar No. 2008185)
AMELIA F. BOTTEICHER Bar No. 2017115)
*Attorneys for Turn Key Health Clinics, LLC*
Anderson, Murphy & Hopkins, L.L.P.
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas 72201-4851
Telephone:   501-372-1887
Facsimile:    501-372-7706
Email:         wankum@amhfirm.com
                   botteicher@amhfirm.com

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing motion to dismiss was emailed this **9th** day of October 2020, to the following:

| | |
|---|---|
| Willard Proctor, Jr.<br>2500 South State Street<br>Little Rock, AR 72206-2162<br>willard@wpjrlaw.com<br>*Attorney for Plaintiff* | C. Burt Newell<br>PO Box 1620<br>Hot Springs, AR 71902-1620<br>burt@hotspringslaw.net<br>*Attorney for Mike McCormick et al.* |

      /s/  Mark D. Wankum