**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

LAWAYNE NATT                                                     PLAINTIFF

v.                               No. 6:20-cv-06118-RTD

MIKE McCORMICK, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS SHERIFF
OF GARLAND COUNTY, ARKANSAS;
RON HALVERSON, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY; SHARON
BRANSTETTER, INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS JAIL ADMINISTRATOR;
TURN KEY HEALTH CLINICS, LLC;
AND JOHN DOES 1-4                                           DEFENDANTS

**JOINT MOTION TO DISMISS TURN KEY HEALTH CLINICS, LLC
WITH PREJUDICE**

Come plaintiff, Lawayne Natt, and defendant, Turn Key Health Clinics, LLC, for their joint motion to dismiss Turn Key Health Clinics, LLC, with prejudice, and state as follows:

1. Mr. Natt originally filed this civil rights action in Garland County Circuit Court on July 3, 2018. **Doc. No. 9-1**. He amended the complaint on September 25, 2020, to add Turn Key Health Clinics, LLC, as a defendant. **Doc. No. 3**.

2. Upon service, Turn Key Health Clinics, LLC, removed this matter to federal court. **Doc. No. 1**.

3. According to the amended complaint, Mr. Natt's claims stem from his incarceration at the Garland County Jail from June 27, 2017 through July 3, 2017. **Doc. No. 3** at ¶¶ 10-15.

4. Turn Key Health Clinics, LLC, was not the contracted medical provider at the Garland County Jail at the time of the events complained of in Mr. Natt's complaint. Instead, its contract with the county did not begin until December 1, 2017. *See* [https://www.arkansasonline.com/news/2017/dec/11/medical-provider-begins-work-jail/](https://www.arkansasonline.com/news/2017/dec/11/medical-provider-begins-work-jail/). It appears that the medical provider with the jail at the time was actually Southwest Correctional Medical Group.

5. The parties have confirmed by review of the pertinent contract between the county and Turn Key Health Clinics, LLC, that Turn Key Health Clinics, LLC, was not involved in the events of Mr. Natt's incarceration complained of in the amended complaint, and therefore, Turn Key Health Clinics, LLC, is an improper party.

6. Mr. Natt and Turn Key Health Clinics, LLC, now move jointly for the dismissal of Turn Key Health Clinics, LLC, with prejudice.

7. As a joint motion to stipulate the dismissal of an improper party, a brief in support of this motion is not required by Local Rule 7.2(d)(2).

WHEREFORE plaintiff, Lawayne Natt, and defendant, Turn Key Health Clinics, LLC, pray that their joint motion to dismiss Turn Key Health Clinics, LLC, with prejudice be granted and that Turn Key Health Clinics, LLC, be dismissed from this case with prejudice.

Respectfully submitted,

MARK D. WANKUM (Bar No. 2008185)
AMELIA F. BOTTEICHER Bar No. 2017115)
*Attorneys for Turn Key Health Clinics, LLC*
Anderson, Murphy & Hopkins, L.L.P.
400 West Capitol Avenue, Suite 2400
Little Rock, Arkansas 72201-4851
Telephone:   501-372-1887
Facsimile:   501-372-7706
Email:       wankum@amhfirm.com
             botteicher@amhfirm.com

And

WILLARD PROCTOR, JR. (Bar No. 87136)
*Attorney for LeWayne Natt*
2500 South State Street
Little Rock, AR 72206-2162
Telephone:   501-378-7720
Email:       willard@wpjrlaw.com