IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LAWAYNE NATT**                                                                                  **PLAINTIFF**

      **V.**                 **CASE NO.: 6:20-CV-06118-SOH**

**MIKE MCCORMICK, INDIVIDUALLY
AND IN HIS CAPACITY AS SHERIFF
OF GARLAND COUNTY; RON HALVERSON,
INDIVIDUALLY AND HIS OFFICIAL CAPACITY;
SHARON BRANSETTER INDIVIDUALLY AND
IN HER OFFICIAL CAPACITY AS JAIL ADMINISTRATOR;
SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC.
AND JOHN AND JANE DOES 1-4**                                        **DEFENDANTS**

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Southwest Correctional Medical Group, Inc. for its Motion for Summary Judgment, and does state:

1. On March 5, 2021, Plaintiff filed a Complaint alleging that Defendant violated his Eighth Amendment rights in relation to the care and treatment he received at the Garland County Detention Center.

2. Pursuant to the Prison Litigation Reform Act (PLRA), in order to bring a claim in federal court, a prisoner must exhaust his administrative remedies. *See* 42 U.S.C. § 1997e(a); *see also* Woodford v. Ngo, 548 U.S. 81, 85, 126 S.Ct. 2378, 2383 (2006). If a prisoner does not exhaust his administrative remedies, dismissal is required. *See Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003).

3. Plaintiff did not exhaust his administrative remedies in this matter, because Plaintiff did not appeal his grievances to the Chief Deputy. *See* Statement of Undisputed Facts ¶6.

Based upon these facts and incorporating herein Separate Defendant's Statement of Undisputed Facts and Brief in Support, as if word for word, Separate Defendant request that its Motion for Summary Judgment be granted and that Plaintiff's claims be dismissed.

                                                    Respectfully submitted,

By:    Kynda Almefty
         Arkansas Bar No. 2004197
         HARDIN, JESSON & TERRY, PLC
         1401 West Capitol Avenue, Suite 190
         Little Rock, Arkansas 72201
         Phone: (501) 850-0015
         E-mail: kalmefty@hardinlaw.com

*Attorney for*
*Southwest Correctional Medical Group, Inc.*

**CERTIFICATE OF SERVICE**

I, Kynda Almefty, one of the attorneys for the Separate Defendant Southwest Correctional Medical Group, Inc. herein, do hereby certify that a true and correct copy of the above and foregoing pleading has been served via the EC/ECF electronic filing system this 7th day of April, 2022, to the following counsel of record:

Willard Proctor, Jr.
2500 South State Street
Little Rock, AR 72206-2162

C. Burt Newell, Bar No. 82118
P.O. Box 1620
Hot Springs, AR 71902-1620

                                              /s/ Kynda Almefty
                                              Kynda Almefty