IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LAWAYNE NATT**                                                                                                                              **PLAINTIFF**

V.                          CASE NO.: 6:20-CV-06118-SOH

**MIKE MCCORMICK, INDIVIDUALLY
AND IN HIS CAPACITY AS SHERIFF
OF GARLAND COUNTY; RON HALVERSON,
INDIVIDUALLY AND HIS OFFICIAL CAPACITY;
SHARON BRANSETTER INDIVIDUALLY AND
IN HER OFFICIAL CAPACITY AS JAIL ADMINISTRATOR;
SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC.
AND JOHN AND JANE DOES 1-4**                                                                   **DEFENDANTS**

## SOUTHWEST CORRECTIONAL MEDICAL GROUP, INC.'S
## PRETRIAL DISCLOSURES

Comes now the Defendant, Southwest Correctional Medical Group, Inc., by and through its attorneys, Hardin, Jesson & Terry, PLC, and submits the following Rule 26.2 Pretrial Disclosures.

1. The identity of the party submitting information.

Response: Southwest Correctional Medical Group, Inc.

2. The names, addresses, and telephone numbers of all counsel for the party.

Response: Kirkman T. Dougherty and Kynda Almefty, Hardin, Jesson & Terry, PLC, 1401 West Capitol Avenue, Suite 190, Little Rock, Arkansas 72201. Phone: (501) 850-0015.

3. A brief summary of claims and relief sought.

Response: Plaintiff claims that Defendant violated his civil rights under 42 U.S.C. §1983 and negligence in his care and treatment while he was an inmate at the Garland County Detention Center.

4. Prospects for settlement.

Response:  The parties are engaged in settlement discussions.

5. The basis for jurisdiction and objections to jurisdiction.

Response: 28 U.S. Code § 1331, Defendant does not object to jurisdiction in this Court.

6. A list of pending motions.

Response: None.

7. A concise summary of the facts.

Response: Plaintiff was admitted as an inmate to the Garland County Detention Center on June 30, 2017. At the time of his admission, a prescription for his seizure medication could not be verified. On July 3, 2017, Plaintiff suffered a seizure.

8. All proposed stipulations.

Response: Authenticity of medical and jail records of Lawayne Natt

9. The issues of fact expected to be contested.

Response: Whether Plaintiff had a prescription for seizure medication at the time of his intake; whether Plaintiff suffered any injuries from the July 3, 2017 seizure.

10. The issues of law expected to be contested.

Response: Whether or not Plaintiff can prove that Defendant acted with deliberate indifference to Plaintiff's serious medical needs; whether or not Plaintiff can meet his burden of proof with respect to the requirements of the Arkansas Medical Malpractice Act.

11. A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, other than solely for impeachment purposes, whether or not they will be offered in evidence. Separately designate those documents and exhibits which the party expects to offer and those which the party may offer.

Response: Garland County Detention Center Medical Records of Lawayne Natt; all Medical Records of Lawayne Natt; Garland County Detention Records of Lawayne Natt; State of Arkansas Records related to Lawayne Natt's arrest and detention

12. The names, addresses and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition

and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony.

Response:

Melissa Jarrett, ███████████████████████████████; Ernest Ennis, ███████████████████; Brittany Darnell, ███ ███████████████████████; and Dona Gordon and Thomas Braswell, M.D., may be contacted through counsel for Defendants.

Defendant may call:
Nichole Chotrow, ████████████████████████████████; Garland County Records Custodian; Records Custodians for Medical Records of Lawayne Natt

13. The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.

Response: Plaintiff has not responded to Defendant's Interrogatory and Requests for Production that were propounded October 26, 2021.

14. An estimate of the length of trial and suggestions for expediting disposition of the action.

Response: 2-3 days.

                                            Respectfully submitted,

By:    Kynda Almefty
          Arkansas Bar No. 2004197
          HARDIN, JESSON & TERRY, PLC
          1401 West Capitol Avenue, Suite 190
          Little Rock, Arkansas 72201
          Phone: (501) 850-0015
          E-mail: kalmefty@hardinlaw.com

          *Attorneys for*
          *Southwest Correctional Medical Group, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Kynda Almefty, one of the attorneys for the Separate Defendant Southwest Correctional Medical Group, Inc. herein, do hereby certify that a true and correct copy of the above and foregoing pleading has been served via the EC/ECF electronic filing system this 6th day of January, 2023, to the following counsel of record:

Willard Proctor, Jr.
2500 South State Street
Little Rock, AR 72206-2162

                                              /s/ Kynda Almefty
                                              Kynda Almefty